# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:    22-cr-366 (1) (WMW) |
| | ) | Date:        7/18/2023 |
| | ) | Court Reporter: Lori Simpson |
| v. | ) | Courthouse:    St. Paul |
| | ) | Courtroom:    7A |
| Bernard James Benavidez, | ) | Time Commenced:   10:30 a.m. |
| | ) | Time Concluded:    11:08 am. |
| Defendant. | | Time in Court: 38 minutes |

Before Wilhelmina M. Wright, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Jordan Sing, Assistant United States Attorney
    For Defendant:    Peter Wold,  X Retained

**X Sentencing**

IT IS ORDERED:
Joint motion for a 2 level reduction for having no criminal history points under a newly created guideline USSG §4C1.1 is granted.

Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 6mo | | 1yr | | |

9  **See J&C for special conditions**

Defendant sentenced to pay:
    <u>X</u> Restitution in the amount of $147.006.96
    <u>X</u> Special assessment in the amount of $100 to be paid immediately.


    <u>X</u> Defendant ordered to voluntary surrender to his place of confinement on 9/19/2023 at 10am. Defendant remains under the same conditions of release of previously imposed.

    <u>X</u> Docket no.: 28 and 29 shall be unsealed at the time the judgment is filed.


<u>s/Ruby Mohelsky</u>
Courtroom Deputy
