UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-366(01) JWB


UNITED STATES OF AMERICA,

      Plaintiff,

      v.

BERNARD JAMES BENAVIDEZ,          **GARNISHMENT**
                                             **ORDER**

      Defendant,

JANUS HENDERSON SERVICES US, LLC,

      Garnishee.


    TO:   Bernard James Benavidez, defendant, and Janus Henderson Services US, LLC, garnishee.

A Writ of Continuing Garnishment (Doc. No. 42) was duly issued by this Court and personally served on the garnishee on or about September 24, 2024. (Doc. No. 44.)

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about October 11, 2024. (Doc. No. 45.) In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of investment and/or retirement accounts in the approximate amount of $86,030.35.

On or about September 24, 2024, the defendant was served through counsel with notice of their right to a hearing as to this garnishment action. (Doc. No. 43.) The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Clerk of Court, 202 U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415 with a check made payable to the "Clerk of Court" all property of the judgment debtor in their possession, custody or control, as levied upon the Writ of Continuing Garnishment served  on September 24, 2024, plus any additional funds deposited from the date of service of the Writ of Continuing Garnishment to the date of this order, up to the full amount of the debt.

IT IS FURTHER ORDERED that the garnishees shall take all steps necessary, including but not limited to the sale of securities in order to comply with this Garnishment Order.

Dated: December 17, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge

2