## Wold Law

March 10, 2026

Honorable Jerry W. Blackwell
U.S. District Judge
346 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

Peter B. Wold
pwold@wold-law.com

Criminal Law Specialist
Certified by MSBA

also licensed in North Dakota
also licensed in South Dakota

RE:     Benavidez, Bernard James
        Docket No. 0:22CR00366-1(JWB)
        Request for Release of Court Documents

John K. Fee
jfee@wold-law.com

Dear Judge Blackwell:

Our office is in receipt of the March 10, 2026, letter from Supervisory U.S. Probation Officer Michael F. Alberts requesting the Court's permission to share information and copies of documents from this case with the Office of the Pardon Attorney. (Doc. 55). On behalf of Mr. Benavidez, we have no objection to the release of the presentence report, statement of reasons, and supervision adjustment information, and in fact we endorse granting the request.

Respectfully submitted,

**WOLD LAW**

/s/ Peter B. Wold

TriTech Center, Suite 705
331 Second Avenue S
Minneapolis, MN 55401
Office: 612-341-2525
Fax: 612-341-0116